UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 19-23183-cv – JLK

IDA BREWTON,

    Plaintiff,

vs.

MIAMI DADE COUNTY,

    Defendant.

_____/

## MEDIATOR'S REPORT

The parties and their counsel appeared for mediation on 1/19/21. The mediation began but was adjourned and will be re-scheduled on or before February 1, 2021.

Respectfully Submitted,

Leslie W. Langbein, Esq.
Fla. Cert. Mediator 7789CR
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
Tel: (305) 556-3663
Fax: (305) 556-3647

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed with the Clerk of Court via CM/ECF on 1/20/21 and that a copy will be sent via e-service on the parties' counsel to the email addresses they have designated with the Court.

By:   /s/ Leslie W. Langbein
      Leslie W. Langbein, Esq.
      Fla. Bar No. 305391

## SERVICE LIST

Charles M. Baron, Esq.
Law Offices of Charles M. Baron, P.A.
2514 Hollywood Blvd.,
Suite 408

Eric Rodriguez, Esq.
Assistant County Attorney
Miami Dade County Atty's Office
111 NW 1st Street, Suite 2810